

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

**NO. 02-17-00001-CR**

| | | |
|---|---|---|
| James E Williams | § | From the 297th District Court |
| | § | of Tarrant County (1469951R) |
| v. | § | July 19, 2018 |
| | § | Opinion by Justice Gabriel |
| | § | Dissent and Concurrence by Justice Pittman |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment and the attached nunc pro tunc orders of the trial court are affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
Justice Lee Gabriel